United States District Court

Eastern District of California

Spencer E. Berry,

     Plaintiff,                  No. Civ. S 04-0366 GEB PAN P

  vs.                         Order

Cheryl Pliler, et al.,

     Defendants.

-oOo-

July 22, 2005, defendants requested an extension of time to file and serve a motion for summary judgment. July 26, 2005, defendants filed and served their motion. Good cause appearing, defendant's request is granted and defendants' motion for summary judgment is accepted as timely.

So ordered.

Dated: August 4, 2005.

                                      /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge