United States District Court

Eastern District of California

Spencer E. Berry,

     Plaintiff,                    No. Civ. S 04-0366 GEB PAN P

  vs.                           Order

Cheryl Pliler, et al.,

     Defendants.

                      -oOo-

    August 8, 2005, plaintiff requested an extension of time to file and serve an opposition to defendants' motion for summary judgment. Good cause appearing, plaintiff's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated: August 16, 2005.

                               /s/ Peter A. Nowinski
                               PETER A. NOWINSKI
                               Magistrate Judge