United States District Court

Eastern District of California

Spencer E. Berry,

       Plaintiff,

vs.

Cheryl Pliler, et al.,

       Defendants.

No. Civ. S 04-0366 GEB PAN P

Order

-oOo-

Plaintiff is a state prisoner prosecuting this civil rights action without counsel. Pursuant to the schedule made February 9, 2005, plaintiff's pretrial statement is due October 21, 2005, defendants' pretrial statement is due November 4, 2005, pretrial conference is set for November 14, 2005, and trial is set for January 31, 2006.

Plaintiff moves to vacate the date by which he must file a pretrial statement.

Since defendants' motion for summary judgment is pending,

1 plaintiff's October 19, 2005, motion is granted and the above
2 dates are vacated.
3     So ordered.
4     Dated:  October 25, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge