United States District Court

Eastern District of California

Spencer E. Berry,

        Plaintiff,                    No. Civ. S 04-0366 GEB PAN P

   vs.                                Order

Cheryl K. Pliler, et al.,

        Defendants.

-oOo-

    Plaintiff is a prisoner, without counsel, prosecuting this civil rights action under 42 U.S.C. § 1983. Defendants answered December 3, 2004. January 3, 2005, plaintiff moved to amend his complaint.

    An amended pleading "shall be retyped and filed so that it is complete in itself without reference to the prior or superseded pleading." Local Rule 15-220.

    Plaintiff did not comply with this rule.

///

1  Accordingly, the January 3, 2005, motion is denied.

2  So ordered.

3  Dated:  November 22, 2005.

            /s/ Peter A. Nowinski
            PETER A. NOWINSKI
            Magistrate Judge