IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SPENCER E. BERRY,

     Plaintiff,                    04-cv-0366-GEB-PAN (JFM)-P

    vs.

CHERYL PLILER, et al.,

     Defendants.         <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 10, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within 20 days. Defendants have filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed February 10, 2006, are adopted in

1  full;

2      2. Defendants' July 26, 2005, motion for summary judgment is denied; and

3      3. Plaintiff has 30 days from the date of this order to file and serve a pretrial
4  statement; defendants have 15 days thereafter to file and serve a pretrial statement.

5  Dated: March 27, 2006

```
                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```