IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SPENCER E. BERRY,** | 2:04-cv-0366 GEB PAN (JFM) |
| Plaintiff, | ~~PROPOSED~~ **ORDER GRANTING DEFENDANTS' REQUEST FOR RELIEF FROM FILING A PRETRIAL STATEMENT** |
| **v.** | |
| **CHERYL PLILER, et al.,** | |
| Defendants. | |

Defendants' request for relief from filing a pretrial statement was considered by this Court, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants are relieved from filing a pretrial statement until further order of the Court.

DATED: May 30, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

\004\berr0366.vac date

1