1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10    SPENCER E. BERRY,

11              Plaintiff,              No. CIV S-04-0366 GEB PAN P

12       vs.

13    CHERYL PLILER, et al.,

14              Defendants.             ORDER

15    _____/

16              Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil

17    rights action.  On June 26, 2006, plaintiff filed his fourth request for the appointment of counsel.

18    Plaintiff's previous requests were filed on February 20, 2004, January 3, 2005 and March 10,

19    2005.  All requests were denied.  In light of those orders, IT IS HEREBY ORDERED that

20    plaintiff's June 26, 2006 request for appointment of counsel is denied.

21    DATED:  July 27, 2006.

22

23

24                                UNITED STATES MAGISTRATE JUDGE

25    /mp
      berr0366.31(4)
26