IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SPENCER E. BERRY,

       Plaintiff,                      No. CIV S-04-0366 GEB EFB P

    vs.

CHERYL PLILER, et al.,

       Defendants.              <u>ORDER</u>

_____/

      Plaintiff is an indigent prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. On September 29, 2006, plaintiff filed his fifth request for appointment of counsel.

      A district court cannot require counsel to represent an indigent prisoners in a § 1983 action. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). However, upon a finding of exceptional circumstances, a district court may request that counsel voluntarily assist such a prisoner. *See*, 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). Plaintiff argues that he is indigent, uneducated and has limited access to the law library, which impede his ability to prepare a pretrial statement and respond to motions by October 13, 2006. These circumstances are not extraordinary for purposes of appointment of counsel.

1  Accordingly, it is ORDERED that plaintiff's September 29, 2006, request for
2  appointment of counsel is denied.
3  DATED: October 12, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE