IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SPENCER E. BERRY,

      Plaintiff,                No. CIV S-04-0366 GEB EFB P

    vs.

CHERYL PLILER,

      Defendant.        <u>ORDER</u>

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983.  He requests an extension of time to file a pretrial statement.  *See* Fed. R. Civ. P. 6(b).

      Plaintiff's October 11, 2006, request is granted.  Accordingly, the court hereby ORDERS that:

      1. The Pretrial Conference currently set for November 3, 2006, is vacated;

      2. Plaintiff has 30 days from the date this order is served to file a pretrial statement;

      3. Defendant shall file her pretrial statement not later than fifteen (15) days thereafter; and

////

////

4. Upon the filing of defendant's pretrial statement, the court will conduct a Pretrial Conference on the file only, without appearance by either party.

So ordered.

Dated: November 1, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2