IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SPENCER E. BERRY,

      Plaintiff,             No. CIV S-04-0366 GEB EFB P

   vs.

CHERYL PLILER,            <u>ORDER AND</u>
<u>ORDER TO SHOW CAUSE</u>
      Defendant.

      Plaintiff is a prisoner, without counsel, seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Under a revised schedule issued June 14, 2006, plaintiff pretrial statement was due October 13, 2006, and defendants was October 27, 2006. That schedule set the pretrial conference for November 3, 2006, and the trial date for January 23, 2007. On November 2, 2006, the court vacated the pretrial conference date, extended the time for plaintiff to file a pretrial statement until December 2, 2006, and the defendants until 15 days thereafter. The due date for plaintiff's pretrial statement has passed and plaintiff has not filed his statement or otherwise responded to the November 2 order.

      The court finds that defendants cannot be ready for trial because plaintiff has not filed a final pretrial statement.

////

1

1   Accordingly, it is hereby ORDERED that:

2   1.  The date for defendants to file their pretrial statements is vacated;

3   2.   The date for trial is vacated; and

4   3.  Plaintiff has 15 days from the date of this order to file a pretrial statement or a written explanation of why he cannot.  There will be no further extensions of this deadline absence the most extraordinary of circumstances.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed with prejudice.

DATED:  December 18, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE