IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SPENCER E. BERRY,

        Plaintiff,                     No. CIV S-04-0366 GEB EFB P

      vs.

CHERYL PLILER, et al.,

        Defendants.           ORDER

                                /

        Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. This matter is in pretrial proceedings. On June 14, 2006, the court directed plaintiff to file a pretrial statement no later than October 13, 2006. On June 21, 2006, that order was returned because of an error by the Clerk. On June 22, 2006, that order was served on plaintiff again. On October 11, 2006, plaintiff requested an extension of time to file his pretrial statement. On November 2, 2006, the court granted the request and directed plaintiff to file a pretrial statement within 30 days. Plaintiff did not comply with that order. Therefore, on December 19, 2006, the court gave plaintiff 15 days either to file a pretrial statement or to explain in writing why he could not. On January 4, 2006, plaintiff inquired as to what sanctions had been imposed for his failure to meet the October 13, 2006, deadline. On January 22, 2006, the United States Postal Service returned the December 19, 2006, order as undeliverable because

1 plaintiff was not at the address to which it was directed.  On January 23, 2006, the Clerk re-
2 served the December 19, 2006, order.  On January 23, 2007, plaintiff also inquired as to the
3 status of his case.  On January 29, 2007, plaintiff filed a pretrial statement, nearly a month late.
4     It appears from the docket that plaintiff's address changed during the month of
5 December, 2006, but he did not inform the court of this change until January 23, 2007, when he
6 inquired into the status of his case.  Even though he is without counsel, plaintiff must keep the
7 court and all parties apprised of his current address.  L.R. 83-183(b).  The court hereby
8 admonishes plaintiff that he must not delay in notifying the court of an address change when he
9 moves.
10     In the interest of justice, the court accepts plaintiff's pretrial statement as timely.
11     Accordingly, it is ORDERED that:
12     1.  The December 19, 2006, order to show cause is vacated; and
13     2.  Defendants have 20 days from the date of this order to file and serve a pretrial
14 statement.
15 Dated:  March 1, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2