IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SPENCER E. BERRY,

        Plaintiff,                        No. CIV S-04-0366 GEB EFB P

    vs.

CHERYL PLILER, et al.,

        Defendants.             ORDER

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. The parties have submitted their pretrial statements. Defendants have stated that they believe that a settlement conference would be beneficial. Plaintiff, however, did not address this matter in his pretrial statement.

      Accordingly, within 30 days of the date of this order, plaintiff shall notify the court whether he believes a settlement conference, facilitated by the court, would be beneficial in resolving this matter. Plaintiff's failure to respond to this order will be construed as an expression that he believes a court-facilitated settlement conference would not be beneficial.

      So ordered.

Dated: October 12, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE