IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SPENCER E. BERRY,

       Plaintiff,                        No. CIV S-04-0366 GEB EFB P (GGH)

   vs.

CHERYL PLILER, et al.,

       Defendant.                    <u>ORDER</u>

_____/

        On March 21, 2008, the parties, with plaintiff appearing pro se, and defendants by and through counsel, met in settlement conference. The case settled and the settlement was placed on the record.

        All previously scheduled dates in this case are vacated. The parties shall file dispositional papers as required by the undersigned on the record. The court retains jurisdiction over this case until filing of the dispositional papers, or payment is made on the settlement, whichever is later.

DATED: 03/28/08                              /s/ Gregory G. Hollows

                                                    UNITED STATES MAGISTRATE JUDGE

GGH:ggh:035
berr0366.sett

1